**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Evelyn Padin, U.S.D.J. |
| v. | Crim. No. 26-424 |
| TERRY SAUNDERS | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of the United States (by Steven Miller, Assistant United States Attorney, appearing), and defendant Terry Saunders (Adalgiza A. Núñez, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including November 2, 2026; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(c)(1) (the "STA"); and the defendant, through his attorney, having consented to this continuance and waived such right; and no continuances in this case before this Court having previously been entered; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Both the United States and the defendant seek additional time to conduct possible plea negotiations, which could render any subsequent trial of this matter unnecessary;

(2) The parties require additional time to complete pretrial discovery,

including the exchange of discovery, to file appropriate pretrial motions, and to prepare for trial; the grant of a continuance will ensure that, taking into account the exercise of due diligence, counsel, including defense counsel, have sufficient time to complete these activities, including preparing for trial;

(3) The defendant has consented to the aforementioned continuance; and

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 4th day of September, 2026;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including November 2, 2026.

ORDERED that the period from the date of this Order is signed through and including November 2, 2026, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. Evelyn Padin
United States District Judge

Dated: September 4th, 2026

Form and entry consented to:

s/ *Steven Miller*

Steven Miller
Assistant U.S. Attorney

s/ *Adalgiza A. Núñez*

Adalgiza A. Núñez, Esq.
Counsel for Terry Saunders